**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01207-CR

---

**BRITTANY RAE BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-83858-2014**

---

## ORDER

On March 10, 2015, this Court ordered Denise Condran, official court reporter of the County Court at Law No. 3, to file, by March 16, 2015 either the complete reporter's record or the portion for the reporter's record for which she had received payment. To date, Ms. Condran has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Denise Condran, as official court reporter of the County Court at Law No. 3, to file by **MAY 4, 2015**, either the complete reporter's record or the portion of the reporter's record for which payment has been received, together with written verification that appellant did not make payment for the remaining portion of the record. *We notify appellant that*

*if we receive verification of non-payment, we will order the appeal submitted without the missing portion of the reporter's record.  See* TEX. R. APP. P. 37.3(c).

If we do not receive the reporter's record by the date specified, the Court will order that Denise Condran not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lance Baxter, Presiding Judge, County Court at Law No. 3; Denise Condran, official court reporter, County Court at Law No. 3; Kelly Bryant, court reporter; Charles Pelowski; and John Rolater.


/s/      LANA MYERS
          JUSTICE